# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY LEE MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-5547-SVW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the Motion to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in de novo review of those portions of the Report to which Defendants have objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss is DENIED without prejudice to Defendants arguing they are entitled to qualified immunity in a motion for summary judgment.

Dated: January 19, 2018

　　　　　　　　　　　　　　　　　　HONORABLE STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　United States District Judge