JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY LEE MORRIS,<br><br>          Plaintiff,<br><br>          v.<br><br>CDCR, et al.,<br><br>          Defendants. | Case No. CV 16-5547-SVW (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge Kenly Kiya Kato,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: August 30, 2018

_____
HONORABLE STEPHEN V. WILSON
United States District Judge